UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-82197-CIV-MARRA

NELSON FERNANDEZ,

    Plaintiff,

vs.

ROB-LIN, INC., d/b/a THE
REGENCY COLLECTION,
a Florida for-profit corporation,

    Defendant.
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** is before the Court upon the Plaintiff's notice of voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii) [DE 7], which pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), operates as a self-executing document and dismisses the case with prejudice upon filing.

It is accordingly **ORDERED AND ADJUDGED**:

As this case has now effectively been dismissed by voluntary notice of the plaintiff, pursuant to Fed. R. Civ. P. 41, the Clerk of the Court is directed to enter this case as **CLOSED** and terminate any pending motions as **MOOT.**

**DONE and SIGNED** in Chambers at West Palm Beach, Florida this 14th day of January, 2021.

                            KENNETH A. MARRA
                            United States District Judge

cc.  All counsel